UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>OVIDIO GUZMAN LOPEZ,<br><br>Defendant. | ECF CASE<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>23 Cr. 42 (VEC) |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

                           By: _____
                                David J. Robles
                                Assistant United States Attorney
                                (212) 637-2550